IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR342 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHARLES S. SWIFT, | ) | |
| Defendant. | ) | |

Defendant Charles Swift appeared before the court on April 30, 2009 on a Summons for a Petition for Offender Under Supervision (Filing No. 94). The defendant was represented by appointed counsel, David Nich, and the United States was represented by Assistant U.S. Attorney Douglas Semisch. The defendant admits allegations 1 through 4 of the petition. The defendant's oral motion to continue is granted.

IT IS ORDERED:

1.  David Nich is appointed as attorney of record for the defendant in this matter and shall forthwith file an appearance in this matter.

2.  The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3.  Counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

4.  The clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

5.  Final Disposition in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:00 p.m., on May 7, 2009.** Defendant must be present in person.

6.  Defendant is released on the same terms and conditions of supervised release already imposed.

Dated this 1st day of May, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge